# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANDREWS, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THOMAS SMITH, an individual, STEPHEN CUNLIFFE, an individual, and LEGENDARY HOLDINGS, INC., a California Corporation,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:19-cv-01207-BEN-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE CAUSE OF ACTION WITH PREJUDICE**<br><br>[Doc. No. 22] |

Having read and considered the Joint Motion to Dismiss the Entire Action with Prejudice by Plaintiff David Andrews ("Plaintiff") and Defendants Thomas Smith, Stephen Cunliffe, and Legendary Holdings, Inc. (collectively "Defendants"), and good cause appearing, **IT IS HEREBY ORDERED:**

The party's Joint Motion Dismissing the Entire Action with prejudice is hereby **GRANTED**. Each party is to bear its own costs, fees, and expenses.

**IT IS SO ORDERED.**

Dated: March 25, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　United States District Judge

1

3:19-cv-01207-BEN-MSB